

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00721-CR

Joshua **SCHULZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. CC22050187
Honorable Richard L. Jackson, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED January 18, 2023.

_____
Beth Watkins, Justice